**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael D. HANCOCK, Defendant–**
**Appellant.**

**No. 14–3257.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 10, 2015.

Filed: March 23, 2015.

Ian A. Lewis, Asst. Fed. Public Defender, Springfield, MO (Laine Cardarella, Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

James J. Kelleher, Asst. U.S. Atty., Springfield, MO, for appellee.

Before LOKEN, COLLOTON and KELLY, Circuit Judges.

PER CURIAM.

Michael Hancock was serving the super-

vised-release portion of his federal court[1] alleging that Hancock had violated several supervised-release conditions. Following a hearing, the district court concluded that Hancock had violated his release conditions and revoked supervised release, imposing a revocation sentence of 11 months in prison and two years of supervised release. For reversal, Hancock argues that the court committed plain error in sentencing him because the court gave significant weight to one of his prior convictions.

After careful review, we find no abuse of discretion, *see United States v. Miller*, 557 F.3d 910, 915–16 (8th Cir.2009) (standard of review), much less plain error, and we affirm the judgment. Counsel's motion to withdraw is granted, but we direct counsel to inform appellant about the procedures for filing a petition for rehearing and for certiorari.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.